AO 10
Rev. 1/2010

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Leighton, Ronald B. | U.S. District Court | 5/11/2010 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |

| 7. Chambers or Office Address<br><br>U.S. Courthouse<br>1717 Pacific Avenue<br>Tacoma, WA 98402-3241 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

RECEIVED 2010 MAY 20 A 10: 00 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Leighton, Ronald B.

| Name of Person Reporting | Date of Report |
|---|---|
| Leighton, Ronald B. | 5/11/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2009 | Burgess & Fitzer |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | The Aspen Institute | 1/29-2/1/2009 | New York, NY | Speaker at Conference | Transportation, Meals, Lodging |
| 2. | American College of Trial Lawyers | 2/26-3/1/2009 | Puerto Rico | Speaker at Conference | Transportation, Meals, Lodging |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leighton, Ronald B. | 5/11/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓]  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓]  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leighton, Ronald B. | 5/11/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BROKERAGE ACCT #2 | | | | | | | | | |
| 2. -Alberto Culver Co (common) | A | Dividend | J | T | | | | | |
| 3. -Boeing Co. (common) | | | | | Distributed | 12/15/09 | J | | |
| 4. -Bristol-Myers Squibb Co. (common) | A | Dividend | J | T | | | | | |
| 5. -Cisco Systems (common) | | None | K | T | | | | | |
| 6. -Conocophillips (common) | A | Dividend | J | T | | | | | |
| 7. -Corning Inc. (common) | | | | | Distributed | 12/15/09 | J | | |
| 8. -CSX Corp. (common) | A | Dividend | K | T | | | | | |
| 9. -Sprint Nextel Comm | | | | | Distributed | 12/15/09 | J | | |
| 10. -Qwest Comm. (common) | A | Dividend | J | T | | | | | |
| 11. - AT&T | A | Dividend | J | T | | | | | |
| 12. -Wash Mutual Inc. (common) | | None | J | T | | | | | |
| 13. -Kinder Morgan Energy Partners | C | Interest | L | T | | | | | |
| 14. -Briggs & Stratton Corp. | | | | | Distributed | 12/15/09 | J | | |
| 15. -General Growth Prop. | | None | J | T | | | | | |
| 16. -Schlumberger Ltd | A | Dividend | J | T | | | | | |
| 17. -Int'l Business Machines Corp | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leighton, Ronald B. | 5/11/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Baird Money Market (X) | D | Int./Div. | K | T | | | | | |
| 19. INVESTMENT CLUB | E | Dividend | N | T | | | | | |
| 20. -Microsoft Corp. | | | | | | | | | |
| 21. -Proctor & Gamble | | | | | | | | | |
| 22. -CVS Corp. | | | | | | | | | |
| 23. -Apple Computer | | | | | Buy | 12/04/09 | K | | |
| 24. -China Mobile Ltd. | | | | | Sold | 09/14/09 | J | C | |
| 25. -3M Company | | | | | | | | | |
| 26. -ABB LTD ADS | | | | | | | | | |
| 27. -Berkshire Hathaway | | | | | | | | | |
| 28. -Costco | | | | | | | | | |
| 29. -Diageo Plc ADR | | | | | | | | | |
| 30. -EMC Corp | | | | | | | | | |
| 31. -FedEx Corp | | | | | | | | | |
| 32. -Teva Pharm | | | | | | | | | |
| 33. -VEOLIA Env | | | | | Sold | 02/07/09 | J | | |
| 34. -Boeing(X) | | | | | Sold | 12/04/09 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leighton, Ronald B. | 5/11/2010 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. -Johnson & Johnson | | | | | | | | | |
| 36. -McDonald's Corp | | | | | | | | | |
| 37. -Google Inc. | | | | | Buy | 02/07/09 | K | | |
| 38. -Int'l Business Machines | | | | | Buy | 02/07/09 | K | | |
| 39. -Andarko Petroleum | | | | | Buy | 10/02/09 | J | | |
| 40. BROKERAGE ACCT. #4 | | | | | | | | | |
| 41. -Bristol-Myers (common) | B | Dividend | K | T | | | | | |
| 42. -Chevron Texaco Corp. (common) | A | Dividend | K | T | | | | | |
| 43. -Intl Business Machines (common) | A | Dividend | K | T | | | | | |
| 44. -Microsoft Corp. (common) | A | Dividend | | | Sold | 09/04/09 | K | D | |
| 45. -Nokia Corp. (common) | A | Dividend | J | T | | | | | |
| 46. -Strattec Security (common) | A | Dividend | | | Sold | 09/04/09 | J | A | |
| 47. -Vodafone Group (common) | A | Dividend | | | Sold | 09/04/09 | J | D | |
| 48. -Zimmer Holdings (common) | | None | | | Sold | 09/04/09 | J | A | |
| 49. -Centennial Money Market (Wells Fargo Bank Deposit Sweep) | A | Int./Div. | K | T | | | | | |
| 50. BROKERAGE ACCT. 5 | | | | | | | | | |
| 51. -Centennial Money Market (now Wells Fargo Bank Deposit Sweep | A | Int./Div. | K | T | | | | | |

| 1 Income Gain Codes (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G $100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K $15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leighton, Ronald B. | 5/11/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.   -Boeing Company (common) | A | Dividend | J | T | | | | | |
| 53.   -Columbia Banking System (common) | A | Dividend | J | T | | | | | |
| 54.   -Intel Corp. (common) | A | Dividend | J | T | | | | | |
| 55.   -Schlumberger (common) | A | Dividend | J | T | | | | | |
| 56.   -Transocean (common) | | None | | | Sold | 09/01/09 | J | | |
| 57.   -New Perspective Mutual Fund | A | Dividend | K | T | | | | | |
| 58.   -Wash Mutual Investors Fund | A | Dividend | J | T | | | | | |
| 59.   -Proctor & Gamble | A | Dividend | | | Sold | 09/01/09 | J | A | |
| 60.   -Russell Frank Inv. Co. (mutual fund) | D | Dividend | | | Sold | 01/22/09 | L | | |
| 61.   -Pierce Cty WA Sch Dist Sumner 320 Bond | A | Dividend | K | T | | | | | |
| 62.   -Chisholm Creek Util. | A | Dividend | K | T | | | | | |
| 63.   -Montgomery Al School Bond | A | Dividend | K | T | | | | | |
| 64.   -SF CA City & Cty AMBAC | A | Dividend | K | T | | | | | |
| 65.   -Indiana Bond Bank Rev | A | Dividend | K | T | | | | | |
| 66.   -Glouchester Cty NJ IMPT | A | Dividend | K | T | | | | | |
| 67.   -Emerald Coast FL Utils | B | Dividend | K | T | | | | | |
| 68.   -Wash Cty UT Sales | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| (See Columns C1 and D3) | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leighton, Ronald B. | 5/11/2010 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -JEA FL WTR & SWR SYS REV | B | Dividend | K | | Buy | 09/01/09 | K | | |
| 70. BROKERAGE ACCT. 6 | | | | | | | | | |
| 71. -Cisco Systems (common) | | None | J | T | | | | | |
| 72. Dell Computer Corp. (common) | | None | J | T | | | | | |
| 73. SCHWAB MONEY MARKET FUND | | | | | | | | | |
| 74. - Federated Muni Oppt (common) | | None | J | T | | | | | |
| 75. -Kimberly-Clark (common) | A | Dividend | | | Sold | 09/03/09 | J | | |
| 76. - Adobe Systems Inc. | A | Dividend | | | Sold | 09/03/09 | J | A | |
| 77. -Proctor & Gamble (common) | A | Dividend | K | T | | | | | |
| 78. - Qualcomm Inc. (common) | A | Dividend | | | Sold | 09/03/09 | J | | |
| 79. - Qwest Comm (common) | A | Dividend | | | Sold | 09/03/09 | J | | |
| 80. - AT&T Inc. | B | Dividend | K | T | | | | | |
| 81. - Starbucks (common) | A | Dividend | | | Sold | 09/03/09 | K | | |
| 82. - Time Warner | A | Dividend | | | Sold | 09/03/09 | J | | |
| 83. - AIM Health Sciences Fund | | None | K | T | | | | | |
| 84. - DWS Global Thematic (formerly Scudder Global) | | None | K | T | | | | | |
| 85. - DWS Int'l Fund (formerly Scudder Intl Fund) | | None | J | T | | | | | |

1. Income Gain Codes:      A = $1,000 or less      B = $1,001 - $2,500      C = $2,501 - $5,000      D = $5,001 - $15,000      E = $15,001 - $50,000
   (See Columns B1 and D4)   F = $50,001 - $100,000   G = $100,001 - $1,000,000   H1 = $1,000,001 - $5,000,000   H2 = More than $5,000,000
2. Value Codes      J = $15,000 or less      K = $15,001 - $50,000      L = $50,001 - $100,000   M = $100,001 - $250,000
   (See Columns C1 and D3)   N = $250,001 - $500,000   O = $500,001 - $1,000,000   P1 = $1,000,001 - $5,000,000   P2 = $5,000,001 - $25,000,000
                          P3 = $25,000,001 - $50,000,000                          P4 = More than $50,000,000
3. Value Method Codes      Q = Appraisal      R = Cost (Real Estate Only)   S = Assessment   T = Cash Market
   (See Column C2)      U = Book Value      V = Other      W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Leighton, Ronald B. | 5/11/2010 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. -Idearc Inc. | A | Dividend | | | Sold | 09/03/09 | J | | |
| 87. BURGESS FITZER PS 401K PS PLAN TRUST | | None | N | T | | | | | |
| 88. US Bank, Tacoma, WA | A | Interest | J | T | | | | | |
| 89. Vanguard Windsor II | A | Dividend | J | T | | | | | |
| 90. Columbia Acord Fund-Z | | None | L | T | | | | | |
| 91. Columbia Acorn International Fund-Z | | None | K | T | | | | | |
| 92. Eoscene Series A Preferred | | None | K | T | | | | | |
| 93. Eoscene Series B Preferred | | None | J | T | | | | | |
| 94. Nine Audio Technologies | A | Dividend | J | T | | | | | |
| 95. Dreyfus Midcap Value Fund | | None | K | T | | | | | |
| 96. BROKERAGE ACCT. 9 | | | | | | | | | |
| 97. - Borders Group Inc. | A | Dividend | | | Distributed | 02/03/09 | L | | |
| 98. IRA NO. 6 | | None | P1 | T | | | | | |
| 99. - Capital Income Bldr Fund | | | | | | | | | |
| 100. - Capital World Growth & Income Fund | | | | | | | | | |
| 101. - Fundamental Investors | | | | | | | | | |
| 102. - Growth Fund America | | | | | | | | | |

1 Income Gain Codes:           A =$1,000 or less        B =$1,001 - $2,500        C =$2,501 - $5,000        D =$5,001 - $15,000        E =$15,001 - $50,000
  (See Columns B1 and D4)      F =$50,001 - $100,000    G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2 Value Codes                  J =$15,000 or less       K =$15,001 - $50,000      L =$50,001 - $100,000     M =$100,001 - $250,000
  (See Columns C1 and D3)      N =$250,001 - $500,000   O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
                               P3 =$25,000,001 - $50,000,000                                                 P4 =More than $50,000,000
3 Value Method Codes           Q =Appraisal             R =Cost (Real Estate Only) S =Assessment           T =Cash Market
  (See Column C2)              U =Book Value            V =Other                  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Leighton, Ronald B. | 5/11/2010 |

## VII. INVESTMENTS and TRUSTS — _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - Investment Company America | | | | | | | | | |
| 104. - New World Fund | | | | | | | | | |
| 105. - Smallcap World Fund | | | | | | | | | |
| 106. - Tamarack Invt Fds Prime (now RBL Money Market Fund) | | | | | | | | | |
| 107. -Discover BK Greenwood Del | | | | | | | | | |
| 108. -First Business Bank Madison | | | | | | | | | |
| 109. -Choice Finl Group Crafton MD | | | | | | | | | |
| 110. -Magnet Bk Salt Lake City | | | | | | | | | |
| 111. -Goldman Sachs BK USA, Salt Lake City, Utah | | | | | | | | | |
| 112. -Capital One Bank Glen Allen VA | | | | | | | | | |
| 113. -Capital One Nat'l Assoc McLean | | | | | | | | | |
| 114. -Southpoint BK Birmingham ALA | | | | | Open | 02/18/09 | M | | |
| 115. -Bank Blue VY Overland KS | | | | | Open | 02/04/09 | M | | |
| 116. -Citicorp Mtg Securities | | | | | Open | 03/16/09 | K | | |
| 117. -Bank of America Funding Corp. | | | | | Open | 05/20/09 | L | | |
| 118. -CHL Mtg Pass-Through | | | | | Open | 02/27/09 | L | | |
| 119. -Deutsche ALT-A SECS | | | | | Open | 12/18/09 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leighton, Ronald B. | 5/11/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Banc Amer. FDG Trust | | | | | Open | 05/20/09 | K | | |
| 121. -Mastr Asset Securitization Trust | | | | | Open | 05/25/09 | L | | |
| 122. -Wells Fargo Mtg Backed Securities | | | | | Open | 09/25/09 | K | | |
| 123. IRA NO. 7 | | None | L | T | | | | | |
| 124. - Tamarack Money Market (now RBL Money Market Fund) | | | | | | | | | |
| 125. - Capital Income Builder | | | | | | | | | |
| 126. - Capital World Growth | | | | | | | | | |
| 127. - Fundamanetal Invrs | | | | | | | | | |
| 128. - Growth Fund America | | | | | | | | | |
| 129. - Inves. Co. America | | | | | | | | | |
| 130. - New World Fund | | | | | | | | | |
| 131. - Smallcap World Fund | | | | | | | | | |
| 132. -Capital One Nat'l Assoc. McLean | | | | | | | | | |
| 133. -Els III Ltd. Partnership | | | | | | | | | |
| 134. -Banc Amer FDG Trust | | | | | Open | 09/03/09 | K | | |
| 135. BROKERAGE ACCT #10 | | | | | | | | | |
| 136. -RBC Money Market | A | Int./Div. | J | T | Open | 07/08/09 | J | | |

1. Income Gain Codes:  A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Leighton, Ronald B. | 5/11/2010 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Western Bank | A | Int./Div. | K | T | Open | 07/08/09 | J | | |
| 138. -Midfirst Bank Okla Cty | A | Int./Div. | K | T | Open | 07/08/09 | J | | |
| 139. -Banc Amer FDG Trust | A | Int./Div. | J | T | Open | 07/08/09 | J | | |
| 140. -Citicorp Mortgage Securities Trust | A | Int./Div. | K | T | Open | 07/08/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E = $15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leighton, Ronald B. | 5/11/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Leighton, Ronald B. | 5/11/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Si

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544